UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVER DECLUE and KATHERINE DECLUE, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED CONSUMER FINANCIAL SERVICES COMPANY,<br><br>Defendant. | Case No.: 16cv2833 JM (JMA)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE** |

Defendant United Consumer Financial Services Company ("Defendant") moves the court to transfer this action to the Northern District of Ohio pursuant to 28 U.S.C. § 1404(a). (Doc. No. 42.) Plaintiffs Trever and Katherine DeClue (collectively, "Plaintiffs") do not oppose Defendant's motion. (Doc. Nos. 52, 53.)

Under 28 U.S.C. § 1404(a), the court may transfer an action to any other district or division where it might have been brought "[f]or the convenience of the parties and witnesses and in the interest of justice." Goodyear Tire & Rubber Co. v. McDonnell Douglas Corp, 820 F.Supp. 503, 506 (C.D. Cal. 1992). Here, the court concludes that, on balance, a venue transfer is warranted under the circumstances to promote the fair and efficient resolution of Plaintiffs' claims. The action could have originally been brought in

1

1 | the Northern District of Ohio because it is the judicial district in which Defendant resides.
2 | See 28 U.S.C. 1391(b)(1).  Although Plaintiffs resided in this district when they filed their
3 | complaint, they have since moved to St. Louis, Missouri.  (Doc. No. 42, Exh. 3.)  As a
4 | result, no party or witness is located in this district, and the majority of witnesses are located
5 | in the Northern District of Ohio, making it the more convenient forum.  Finally, Plaintiffs
6 | do not oppose transferring this action to the Northern District of Ohio.

Accordingly, the court grants Defendant's motion.  The Clerk of Court is directed to transfer this action to the United States District Court of the Northern District of Ohio.  The motion hearing currently set for Monday, March 5, 2018, is vacated.

IT IS SO ORDERED.

DATED: February 21, 2018

_____
JEFFREY T. MILLER
United States District Judge